# Notice Recipients

District/Off: 0209–2  User: admin  Date Created: 2/4/2022
Case: 2–22–02064–PRW  Form ID: pdfattch  Total: 1

**Recipients of Notice of Electronic Filing:**
aty  Jason S Pomerantz  jspomerantz@pszjlaw.com

TOTAL: 1