# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Berry Global, Inc.,
f/k/a Berry Plastics Corporation
Attn: Dianne Manley, Sales Support Manager
1005 Lower Brownsville Road
Jackson, TN 38301

Berry Global, Inc.
f/k/a Berry Plastics Corporation
Tom Salmon, CEO & Dianne Manley
1005 Lower Brownsville Road
Jackson, TN 38301

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Berry Global, Inc., f/k/a Berry Plastics Corp
Attn Thomas E Salmon, CFO & Chairman
Jason Greene, EVP, CLO & Secretary
Tax Department
101 Oakley Street
Evansville, IN 47710-1237

Corporation Service Company,
R/A for Berry Global, Inc.
f/k/a Berry Plastics Corporation
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| Date | February 4, 2022 | Signature | */s/ Gini L. Downing* |
|---|---|---|---|
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Berry Global, Inc., f/k/a Berry Plastics Corp
Attn Thomas E Salmon, CFO & Chairman
Jason Greene, EVP, CLO & Secretary
Tax Department
101 Oakley Street
Evansville, IN 47710-1237

9590 9402 3367 7227 2945 96

2. Article Number (Transfer from service label)

7017 2400 0000 3936 9658

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Marcus McNair* — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Marcus McNair
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company,
R/A for Berry Global, Inc.
f/k/a Berry Plastics Corporation
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 3367 7227 2945 89

2. Article Number (Transfer from service label)

7017 2400 0000 3936 9641

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Paul Sisolo* — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt