Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC. | Case No. 20-20230 (PRW) |
| Debtor. | |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST, | Adv. Proc. No. 22-02064 (PRW) |
| Plaintiff, | |
| v. | |
| BERRY GLOBAL, INC. (f/k/a BERRY PLASTICS CORPORATION) | |
| Defendant. | |

<u>**SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**</u>

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendant, Berry Global, Inc. (f/k/a Berry Plastics Corporation) ("Defendant", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on February 11, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered February 14, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendant to answer the Complaint to and including June 15, 2022.

*[Remainder of Page Intentionally Left Blank]*

DOCS_LA:343309.1 75015/003

2.    All other terms set forth in the First Stipulation remain in full force and effect.


Respectfully submitted,

Dated: April 14, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Email:    bsandler@pszjlaw.com
          ischarf@pszjlaw.com
          jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*


Dated: April 14, 2022

STOLL KEENON OGDEN PLLC

Spencer W. Tanner (Ind. Bar No. 32436-49)
One Main Street, Suite 201
Evansville, IN 47708-
Telephone: 812/759-3809
Email: Spencer.Tanner@skofirm.com

*Counsel to Defendant Berry Global, Inc. (f/k/a Berry Plastics Corporation)*


SO ORDERED:

DATED: _____, 2022
          Rochester, New York

_____
HON. PAUL R. WARREN