United States Bankruptcy Court

Western District of New York

Advisory Trust Group, LLC,
    Plaintiff

Adv. Proc. No. 22-02064-PRW

BERRY GLOBAL, INC. (f/k/a/ BERRY PLASTIC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0209-2      User: admin      Page 1 of 1
Date Rcvd: Jun 15, 2022      Form ID: pdforder      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

**Recip ID**      **Recipient Name and Address**
+      Spencer W. Tanner, Stoll Keenon Ogden PLLC, One Main Street, Suite 201, Evansville, IN 47708-1473

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

**Name**      **Email Address**

Ilan D Scharf
     on behalf of Plaintiff Advisory Trust Group LLC ischarf@pszjlaw.com, lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Jason S Pomerantz
     on behalf of Plaintiff Advisory Trust Group LLC jspomerantz@pszjlaw.com

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>  Rochester Drug Cooperative, Inc.<br><br>            Debtor(s) | Case No.: 2−20−20230−PRW<br>Chapter: 11 |
| Advisory Trust Group, LLC<br>as trustee of the RDC Liquidating Trust<br>            Plaintiff(s)<br>  v.<br><br>BERRY GLOBAL, INC. (f/k/a/ BERRY<br>PLASTICS CORPORATION)<br>            Defendant(s) | A.P. No.: 2−22−02064−PRW |

## ORDER CLOSING ADVERSARY PROCEEDING

Upon the filing of the Plaintiff's Notice of Dismissal [ECF No. 14],

**IT IS ORDERED** that this adversary proceeding is hereby closed.

DATED: June 15, 2022                            /s/
    Rochester, New York            HON. PAUL R. WARREN
                                           United States Bankruptcy Judge

Form CLOSEAP
www.nywb.uscourts.gov